Court of Appeals
Third District P.O. Box 12547

Austin, Texas. 78711-2547

Date: 7-28-15

Dear Clerk,
I'm writing in regard to a copy of my
mandate in trail court number #10-3028-
48, Appeal Number # 03-12-00466-CR.
Hope to hear from soon?

Thank you!!

CC: /File

Respectfully,
Dexter Day #1297383

RECEIVED
AUG 0 3 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

LESTER Guy #297313
Clements Unit
9601 Spur 591
Amarillo, TX. 79107

Court of Appeals Third District
P.O. Box 12547
Austin, Texas, 78711-2547

FOREVER USA